IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYN GARRETT, on behalf of himself and all others similarly situated, | ) ) | No.  2:09-cv-02651-GEB-JFM |
| Plaintiff, | ) ) | <u>RELATED CASE ORDER</u> |
| v. | ) ) | |
| SMOKING EVERYWHERE, INC., a Florida Corporation, | ) ) ) | |
| Defendant. | ) ) | |
| RYAN MATHIAS, individually, and on behalf of other members of the general public similarly situated, | ) ) ) ) ) | No.  2:09-cv-03434-FCD-JFM |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SMOKING EVERYWHERE, INC., a Florida Corporation, | ) ) ) | |
| Defendant. | ) ) | |

     Plaintiff Ryan Mathias filed a Notice of Related cases document in which he contends the above actions are related within the meaning of Local Rule 123(a), because "[b]oth actions involve similar questions of fact and the same questions of law . . . " Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed case was

1

assigned.  Since the cases appear related, action No. 2:09-cv-03434-FCD-JFM is reassigned to Judge Garland E. Burrell, Jr. for all further proceedings, and all dates currently set in the reassigned case are VACATED.  Henceforth, the caption on documents filed in the reassigned case shall show the initials "GEB" instead of the "FCD".  Further, a status conference is scheduled in No. 2:09-cv-03434-GEB-JFM on February 1, 2010 at 9:00 a.m.  A joint status report shall be filed no later than 14 days prior to the status conference.

The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:  January 8, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge