IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYN GARRETT, on behalf of          )
himself and all others similar      )    2:09-cv-02651-GEB-JFM
situated,                           )
                                    )
              Plaintiff,            )    <u>ORDER</u>
                                    )
        v.                          )
                                    )
SMOKING EVERYWHERE, INC., a         )
Florida Corporation,                )
                                    )
              Defendant.            )
_____)
                                    )
RYAN MATHIAS, individually, and     )    2:09-CV-03434-GEB-JFM
on behalf of other members of       )
the general public similarly        )
situated,                           )
                                    )
                                    )
              Plaintiff,            )
                                    )
        v.                          )
                                    )
SMOKING EVERYWHERE, INC., a         )
Florida Corporation,                )
                                    )
              Defendant.            )
_____)

        A status conference was held in the above cases on July 12,
2010. William F. Wright appeared for Defendant, Miriam L. Schimmel
appeared for Plaintiff Ryan Mathias, and no appearance was made on
behalf of Plaintiff Bryn Garrett. Plaintiff Garret and Defendant filed
a status report one day late; this is sanctionable conduct.

        Mr. Wright indicated during the status conference that he may
file a motion to withdraw, which could result in Defendant's answer

1

being stricken in each case.   Since the status of these cases is unclear, another status conference is scheduled to commence at 9:00 a.m. on October 18, 2010.   A joint status report shall be filed no later than fourteen (14) days prior to the status hearing.

IT IS SO ORDERED.

Dated:  July 12, 2010

GARLAND E. BURRELL, JR.
United States District Judge