IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYN GARRETT, on behalf of himself and all others similarly situated, | ) ) ) ) | 2:09-cv-02651-GEB-JFM |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| SMOKING EVERYWHERE, INC., a Florida Corporation, | ) ) ) | |
| Defendant. | ) ) | |

      At the Status Hearing heard on October 18, 2011, the Court decided that Plaintiff shall file a motion for class certification, which is timely noticed for hearing on or before May 16, 2011. Alternatively, Plaintiff shall explain in a filing noticed for hearing no later than May 16, 2011, why this action should not be dismissed for failure of prosecution.

      A further status hearing is scheduled to commence at 9:00 a.m. on September 19, 2011. A joint status report shall be filed no later than fourteen (14) days prior to the status hearing.

      IT IS SO ORDERED.

Dated: October 19, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge