IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYN GARRETT, individually, and on behalf of other members of the general public similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>SMOKING EVERYWHERE, INC., a Florida Corporation,<br><br>           Defendant. | 2:09-cv-02651-GEB-JFM<br><br>ORDER |

      The parties' Joint Stipulation filed on March 23, 2011, in essence seeks the below continuance, which is granted without deciding the good cause issue. Therefore, Plaintiff shall a motion for class certification which is timely noticed for hearing on July 25, 2011, commencing at 9:00 a.m.  Alternatively, Plaintiff shall explain in a filing noticed for hearing at the same time and date, why this action should not be dismissed for failure of prosecution.

      IT IS SO ORDERED.

Dated:  March 24, 2011

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge